IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRISTINA RAMIREZ,

    Plaintiff,

vs.                                                                                          Civ. No. 97-1161 WWD/DJS

WAL-MART STORES, INC.,

    Defendant.

MEMORANDUM OPINION AND ORDER

    This Memorandum Opinion and Order addresses the status conference held with the parties on May 18, 1998. Plaintiff was represented by James Klipstine, Esq., and Defendant was represented by Ned Fuller, Esq. Messrs. Quintana and Granger were not present since they had failed to notify the Court of their change of address, and mail sent to their former address had been returned undelivered. Mr. Klipstine competently represented the Plaintiff at the status conference. Plaintiff suffered no prejudice because of the absence of Messrs. Quintana and Granger.

    Plaintiff raised a question as to the taking of the depositions of two out-of-state treating physicians by videotape for trial purposes. I determined that a schedule for these depositions should be set so that Defendant can formally interpose its opposition to the taking of the depositions.

    **WHEREFORE,**

**IT IS ORDERED** that on or before May 25, 1998, Plaintiff shall serve upon Defendant notice of the taking of the two videotape depositions.

**IT IS FURTHER ORDERED** that on or before June 5, 1998, Defendant shall serve upon Plaintiff any motion for protective order or other appropriate pleading in opposition to the taking of the aforementioned videotaped depositions.

**IT IS FURTHER ORDERED** that Plaintiff shall serve on Defendant her response to the pleading in the previous paragraph on or before June 12, 1998.

**FINALLY, IT IS ORDERED** that Defendant serve its reply, if any, to the aforementioned response as well as filing the "package" in connection with the motion in question on or before June 15, 1998.

_____
UNITED STATES MAGISTRATE JUDGE